Steven A. Alpert, SBN 159730
**Price Law Group, APC**
6345 Balboa Blvd., Suite 247
Encino, CA 91316
(818) 205-2444 Telephone
(818) 380-7644 Facsimile
E-mail: alpert@pricelawgroup.com
Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>SHARON REBECCA BEATTY<br><br>Debtor | Case No: 2:12-bk-50653-WB<br>Chapter 13<br><br>**DEBTOR'S OPPOSITION TO TRUSTEE'S MOTION TO DISMISS OR CONVERT CHAPTER 13 BECAUSE OF DELINQUENT PLAN PAYMENTS PURSUANT TO 11 U.S.C. §1307(c)(1)**<br><br>Date: January 10, 2018<br>Time: 1:30 p.m.<br>Place: 255 E. Temple Street, Courtroom 1375<br>Los Angeles, CA 90012 |

The Debtor will bring her Chapter 13 Plan payments current, but she needs a 45-day continuance to allow her to get all the necessary funds.

**WHEREFORE**, Debtor prays for the following:

1. That the Court denies Trustee's Motion to Dismiss; and

2. For such other relief as this Court deems appropriate.

Dated: October 24, 2017

PRICE LAW GROUP, APC

_____
Steven A. Alpert
Attorneys for Debtor

-1-

## DECLARATION OF STEVEN A. ALPERT

I, STEVEN A. ALPERT, hereby declare as follows:

1. I am an attorney in the law firm of Price Law Group, APC and I am licensed to practice law before this United States Bankruptcy Court.

2. I have personal knowledge of the facts hereinafter set forth, and if called as a witness, I could and would testify competently thereto.

3. This office was retained by SHARON REBECCA BEATTY ("Debtor"), the Debtor in this Case, for the purpose of filing a Chapter 13 bankruptcy.

4. The Debtor will make her November and December plan payments, but she will need a 45-day continuance to come up with the delinquent plan payments. As soon as the delinquent plan payments are made, her Chapter 13 Plan will be paid in full.

5. The debtor respectfully requests a 45-day continuance on the motion to dismiss to allow the debtor time to obtain the necessary funds to bring her plan payments current.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on October 24, 2017 at Encino, California.

_____
Steven A. Alpert

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
15760 Ventura Boulevard, Suite 800, Encino, CA 91436

A true and correct copy of the foregoing document entitled **DEBTOR'S OPPOSITION TO TRUSTEE'S MOTION TO DISMISS OR CONVERT CHAPTER 13 CASE DUE TO THE TERM EXPIRATION OF THE PLAN 11 U.S.C. §1307(c)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** – Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On October 25, 2017 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

ATTORNEY FOR DEBTOR Steven A Alpert    enotice@pricelawgroup.com, alpert@pricelawgroup.com
CHAPTER 13 TRUSTEE Nancy K Curry (TR)    TrusteeECFMail@gmail.com
ECF PARTY Jonathan J Damen    BKnotice@rcolegal.com, RCO@ecf.inforuptcy.com
ECF PARTY Nancy L Lee    bknotice@mccarthyholthus.com, nlee@ecf.courtdrive.com
ECF PARTY Brett P Ryan    ziggy.valerio@unifyfcu.com
U.S. TRUSTEE United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
ECF PARTY Kristin S Webb    bknotice@rcolegal.com, RCO@ecf.inforuptcy.com

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL:**
On October 25, 2017 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

JUDGE
Hon. Julia W. Brand
United States Bankruptcy Court - Central District of California
255 E. Temple Street, Suite 1382
Los Angeles, CA 90012-3332

DEBTOR
Sharon R Beatty
25407 Pine Creek Lane
Wilmington CA 90744

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 25, 2017 | David Begg | _signature_ |
|---|---|---|
| Date | Typed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                              F 9013-3.1.PROOF.SERVICE